In the Matter of DANTE L. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DANAC L., Appellant. [1 NYS3d 837]—

Appeal from an order of fact-finding and disposition of the Family Court, Suffolk County (David Freundlich, J.), dated November 7, 2013. The order, insofar as appealed from, after a hearing, found that the father neglected the subject child.

Ordered that the order of fact-finding and disposition is affirmed insofar as appealed from, without costs or disbursements.

At a fact-finding hearing in a neglect proceeding pursuant to Family Court Act article 10, a petitioner has the burden of proving by a preponderance of the evidence that the subject child was neglected (*see* Family Ct Act § 1046 [b] [i]; *Nicholson v Scoppetta*, 3 NY3d 357, 368 [2004]; *Matter of Negus T. [Fayme B.]*, 123 AD3d 836 [2014]). The hearing court's credibility determinations are accorded great weight (*see Matter of Negus*

*T. [Fayme B.]*, 123 AD3d 836 [2014]; *Matter of China C. [Alexis C.]*, 116 AD3d 953 [2014]). Here, contrary to the father's contention, a preponderance of the evidence established that he neglected the subject child (*see* Family Ct Act § 1012 [f] [i] [B]; *Matter of Jackson F. [Gabriel F]*, 121 AD3d 1114 [2014]).

The father's remaining contentions are without merit. Skelos, J.P., Balkin, Sgroi and LaSalle, JJ., concur.